■ THOMAS P. CASEY et al., Appellants, v BERTRAM F. TALLAMY et al., Respondents. [670 NYS2d 650] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Whelan, J. (Appeal from Judgment of Supreme Court, Erie County, Whelan, J.—Contract.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.

■ In the Matter of RASHAAD M., a Person Alleged to be a Juvenile Delinquent, Respondent. ERIE COUNTY ATTORNEY, Appellant. [670 NYS2d 150] —Order unanimously reversed on the law without costs, motion denied, petition reinstated and matter remitted to Erie County Family Court for further proceedings on the petition. Memorandum: Petitioner appeals from an order granting the motion of respondent to dismiss the petition. This proceeding was removed from City Court to Family Court without prejudice to the filing of a new petition seeking an adjudication that respondent is a juvenile delinquent. Because the commencement of a new proceeding might violate respondent's statutory right to a speedy trial (*see,* Family Ct Act § 340.1), petitioner is an aggrieved party (*see, Sherman v Morales,* 50 AD2d 610; *Matter of Albini,* 15 AD2d 675).

Family Court erred in dismissing the petition on the ground that it is factually insufficient (*see, Matter of Juan Q.,* 248 AD2d 998 [decided herewith]). Thus, we reverse the order, deny the motion and reinstate the petition. (Appeal from Order of Erie County Family Court, Battle, J.—Juvenile Delinquency.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.